UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

    v.

                                 Case No. 3:23-cr-98-BJD-MCR
                                 26 U.S.C. § 7206(2)

IONA K. COATES

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about January 11, 2018, in Duval County, in the Middle District of Florida, the defendant,

IONA K. COATES,

willfully aided and assisted in, procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of her U.S. Individual Tax Return, Form 1040, for the calendar year 2017, which was false and fraudulent as to a material matter. That tax return reported on Line 64 (Federal income tax withheld from Forms W-2 and 1099) $42,500 of withholdings from her business Bits & Bytes Accounting Services, Inc., whereas, as the defendant knew, Bits & Bytes did not withhold and pay over any taxes to the IRS in 2017.

In violation of 26 U.S.C. § 7206(2).

ROGER B. HANDBERG
United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General
United States Department of Justice
Tax Division

By: *Kevin Schneider*

KEVIN SCHNEIDER
WILSON STAMM
Trial Attorneys
United States Department of Justice
Tax Division

2